# Third District Court of Appeal

## State of Florida

Opinion filed October 26, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-167
Lower Tribunal No. 99-25952
_____

**Vernon Scott,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Shayne R. Burnham, Assistant Attorney General, for appellee.

Before WELLS, SALTER and EMAS, JJ.

WELLS, Judge.

We affirm the designation of Vernon Scott as a sexual predator without prejudice to his filing a timely and appropriate motion to withdraw his underlying plea under Florida Rule of Criminal Procedure 3.850.

Affirmed.